

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00694-CR

Richard Allen **WEISBERG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11696
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

This is an appeal from a judgment revoking appellant's community supervision. Appellant's counsel filed a designation of the matters requested to be included in a reporter's record, including the proceedings held in the case on May 5, 2015, June 22, 2015, and September 22, 2017. The record was due January 22, 2018. The record of the revocation and sentencing hearing held September 22, 2017, has been filed; however, the remaining parts of the requested record have not been filed.

On January 27, 2018, Lisa Ramos, the court reporter responsible for the remaining parts of the requested record, filed a notification of late record stating the record has not been filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court by **February 7, 2018** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. See TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due **March 2, 2018**, and the court will only consider those issues or points raised in appellant's brief that do not require the omitted part of the reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.



KEITH E. HOTTLE,
Clerk of Court